Case 1:11-cv-01512-RJL   Document 6   Filed 12/11/11   Page 1 of 4

UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF COLUMBIA

---

Alphonse Persico and Angela Clemente

                Plaintiff,

    v.                               Civil Action No. 1:11-cv-01512

US DEPARTMENT OF JUSTICE

and

FEDERAL BUREAU OF PRISONS

                Defendants

COMPLAINT FOR INJUNCTIVE RELIEF
[Freedom of Information Act, 5 U.S.C. § 552]

JURISDICTION AND PARTIES

1.    Plaintiffs Alphonse Persico ("Persico") and Angela Clemente ("Clemente") bring this action under the Freedom of Information Act ("the FOIA"), 5 U.S.C. § 552, as amended.

2. Plaintiff Persico is an individual who is serving a life sentence at the United States Penitentiary ("USP") Florence- High in Florence, Colorado. On June 29, 2009 the United States District Court for the Northern District of New York ordered the Bureau of Prisons to re-evaluate and re-designate defendant Persico closer to the New York Metropolitan Area where his family resides. In response, the Designation and Sentence Computation Center Staff re-evaluated and affirmed its decision to re-designate Persico to USP Atwater in California at tax payer's expense despite the court's strong recommendations. Moreover, in October 2010 Persico was further re-designated to USP Florence-High (Colorado), a higher security facility. Persico is now seeking all records relevant to the above and other multiple re-designations as outlined in Exhibit 1 attached hereto.

2. Clemente is a well-known Forensic-Intelligence Analyst and authority on organized crime who is assisting Persico in obtaining the records requested in Exhibit 1.

3. Defendant UNITED STATES DEPARTMENT OF JUSTICE ("DOJ") is an agency of the United States and has possession and control of records requested by Persico and Clemente which are the subject of this action.

4. Defendant FEDERAL BUREAU OF PRISONS ("FBOP") is a component of the United States Department of Justice and has possession and control of records requested by the plaintiffs which are the subject of this action.

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 because this action arises under the laws of the United States, in particular, 5 U.S.C. § 552.

6. Venue is proper in this District pursuant to 5 U.S.C. § 552 (a)(4)(B) because the agencies are located in Washington DC.

## CAUSE OF ACTION

7. Plaintiffs re-allege the allegations set forth in paragraphs 1-6 above.

8. By letter dated February 16, 2011, plaintiffs submitted a request to the FBOP for records pertaining to Persico's re-designation to different facilities contrary to the Court's recommendation to keep him closer to his family. See Exhibit 1.

9. By letter dated March 11, 2011, the FBOP acknowledged receipt of Plaintiffs' request and assigned it FOIA No. 11-4672. See Exhibit 2.

10. Subsequently, by letter dated July 16th, 2011 Plaintiff's counsel wrote a courtesy letter asking FBOP to provide the Records within a 30-day time frame. See Exhibit 3.

11. By letter dated October 20, 2011 Plaintiffs amended their original request and served it on Defendants. See Exhibit 4.

12. By letter dated November 15th, 2011 the FBOP informed the Plaintiffs that they have found documents responsive to the February 16th request. However, Plaintiffs have not been provided with the documents.

13. No further correspondence has been exchanged with the FBOP.

14. Plaintiffs have exhausted their administrative remedies pursuant to 5 U.S.C. § 552 (a)(6)(C).

15. Plaintiffs have a right under the FOIA to obtain the information they seek and there is no legal basis for defendants' denial of that right.

**WHEREFORE, Plaintiffs pray that this Court:**

(1) order defendants to make the requested information promptly available to it;

(2) order defendant's to conduct a thorough search for all responsive records at all relevant instrumentalities;

(3) order defendants to provide plaintiff a Vaughn index inventorying all responsive records and itemizing and justifying all withholdings;

(4) expedite this action in every way pursuant to 5 U.S.C. §552 and 28 U.S.C. §1657(x);

(5) award plaintiff reasonable costs and attorney's fees as provided in 5 U.S.C. § 552 (a) (4) (E) and/or 28 U.S.C. § 2412 (d); and

(8) grant such other and further relief as the Court may deem just and proper.

**DATED: December 11, 2011**

_____

**Julia Greenberg**
**Bar No. NY0098_**
**160 Broadway, 4th floor**
**New York, NY 10038**
**(212) 695 9514**

**Counsel for Plaintiffs**

# ANGELA CLEMENTE & ASSOCIATES

---
11 Lotus Ave Suite A Woodstown, NJ 08098    *Telephone 347-884-4917    *aclemente.forensics@gmail.com

February 16, 2011

Pursuant to the Freedom of Information Act, 5 U.S.C. 552, and the Privacy Act, 5 U.S.C. 552a, I request the following records:

All records pertaining to Mr. Alphonse Persico which relates to the following:

1) The Re-designation of Mr. Alphonse Persico from FCI Fairton to USP Atwater March-June 2009

2) The re-evaluation/re-designation ordered by Judge Seybert June- September 2009

3) The first attempt by Atwater Unit Team/Administration to re-designate Mr. Alphonse Persico January- March 2010

4) The re-designation by Atwater Unit Team/Administration submitted on October 1, 2010 and approved on October 27/28th for re-designation to USP Florence-High (Colorado).

Attached is a copy of the Certificate of Identity giving authorization for our office to obtain these records on behalf of our client.

Respectfully Submitted,

Angela Clemente
Forensic Intelligence Analyst/
Congressional Consultant



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*Tower II, 8th Floor*
*400 State Street*
*Kansas City, KS 66101-2421*

March 11, 2011

Angela Clemente
11 Lotus Avenue, Suite A
Woodstown, NJ   08098

RE: Freedom of Information Act/Privacy Act Request Number: 11-4672
    Alphonse Persico

Dear Requestor:

This acknowledges our receipt of your Freedom of Information Act (FOIA) request. Pursuant to Title 28 C.F.R. Part 16.3, the filing of a FOIA/PA request is considered an agreement by you to pay all applicable fees charged under § 16.11, up to $25.00. Regulations that may be pertinent to your request may be found at Title 28 C.F.R. Parts 16 and   513.

We have examined your request and have determined that the documents responsive to your request must be searched for and collected from a field office.   As a result, the amount of time necessary to respond to your request will increase. Once responsive documents have been collected from the field, we will process your request in the order that it was received.

Sincerely,

Richard W. Schott
Regional Counsel

# Law Offices of Julia Greenberg

Attorneys at Law

| | |
|---|---|
| 160 Broadway, 4th Floor | 350 Fifth Avenue, Suite 4400 |
| New York, NY  10038 | New York, New York 10038 |
| (212) 695-9514 | juliagreenberglaw.com |
| Fax (212) 937-3904 | jg@juliagreenberglaw.com |

June 16, 2011

Richard W. Schott
Regional Counsel
U.S. Department of Justice
Federal Bureau of Prisons
Tower 11, 8th Floor
400 State Street
Kansas City, Kansas 66101-2421

**RE: Request for Records- Freedom of Information Act/Privacy Act Request Number: 11-4672  Alphonse Persico Reg. No. 05517-054**

Dear Mr. Schott:

Please be advised that I represent Angela Clemente and Alphonse Persico, who submitted a FOIA request on February 16, 2011, which seeks U.S. Department of Justice Bureau of Prison records (attached hereto).

On behalf of Angela Clemente and Alphonse Persico, I wish to herewith advise you that unless the documents requested are received by this office within thirty days of your receipt of this letter, we shall have no alternative but to take immediate legal action to the US District Court, for the District of Columbia.

If we are to enforce my clients' legal rights in court we will also sue you for attorney's fees.

This matter demands your immediate attention.

Sincerely,

Julia Greenberg

# Law Offices of Julia Greenberg

Attorneys at Law

| | |
|---|---|
| 160 Broadway, 4th Floor | 350 Fifth Avenue, Suite 4400 |
| New York, NY  10038 | New York, New York 10038 |
| (212) 695-9514 | juliagreenberglaw.com |
| Fax (212) 937-3904 | jg@juliagreenberglaw.com |

**AMENDED REQUEST**

Richard W. Schott
Regional Counsel
U.S. Department of Justice
Federal Bureau of Prisons
Tower 11, 8th Floor
400 State Street
Kansas City, Kansas 66101-2421


**RE: Request for Records- Freedom of Information Act/Privacy Act Request Number: 11-4672  Alphonse Persico Reg. No. 05517-054.**


Dear Sir/Madame,

On February 16, 2011 Ms. Clemente filed her request for your file on Alphonse Persico. However, I have now agreed to represent both Ms. Clemente and Mr. Alphonse Persico.

Accordingly, we wish to amend the original request as set forth below.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq., my clients, Ms. Clemente and Mr. Persico requests all records on or pertaining to Alphonse Persico, wherever they may be located or filed in whatever form or format they are maintained. Mr. Persico is an individual who is serving a life sentence at the United States Penitentiary ("USP") Florence-High in Florence, Colorado. The requested information is the following:


1. All regulations, procedures, guidelines, protocols, instructions, directives, authorizations, forms or memoranda which reflect the processes and standards by which the Bureau of Prisons (BOP) implements separations, removal from sphere of influence designations and security concerns on or between inmates located in the Federal Bureau of Prisons facilities.

2.      All regulations, procedures, guidelines, protocols, instructions, directives, forms or memoranda under which how the Bureau of Prisons gives consideration or weight to outside influences (i.e. FBI or U.S. Attorney's Offices) recommendations about separations, removal from sphere of influence designations, and security concerns with regard but not limited to relocating inmates within the Federal Bureau of Prisons.

3.      All regulations, procedures, guidelines, protocols, instructions, directives, authorizations, forms or memoranda which reflect the processes and standards by which the Bureau of Prisons (BOP) implements 'co-defendant' separations and/or security concerns.

4.      Any and all information pertaining to Mr. Alphonse Persico and the detailed information and justifications for each separation and security concerns placed on Mr. Alphonse Persico from the time of his initial imprisonment to the present date. This information should include whether the Bureau of Prisons has made appropriate adjustments related to Mr. Alphonse Persico pertaining to all separations, security concerns, and "sphere of influence designations" related issues that Judge Seybert ordered removing "non-association provisions."  (Has the BOP followed the Judges order and made the appropriate changes and if so please supply all documents related to the changes the were made and when they were made and if not what is the justification for not following the judges order)

5.      Any and all information pertaining to Mr. Alphonse Persico and the justifications and dates of the recently implemented separations or security concerns placed on him between him and his relative Mr. Michael Sessa. This appears to have taken place suddenly within the past two years.

6.      A copy of Judge Seybert's court order dated 6/17/09 removing non-association restrictions; this is a document in which the Bureau of Prisons has referenced multiple times when denying Mr. Alphonse Persico to remain in a geographical location in the North East Region.

7.      Any and All SENTRY and CIMS documents pertaining to Mr. Alphonse Persico to include but not limited to the following:

- Inmate Profile
- Inmate Load Data
- Sentence Computation
- CIM Clearance and Separatee Data
- Custody Classification Forms
- Chronological Disciplinary Records

8.    All responsive records at all relevant instrumentalities pertaining to Mr. Alphonse Persico's transfers, denials for transfers, justifications for denials of transfers, records relied upon to deny transfers and any and all information related to his re-designations and information relevant to all his multiple relocations from the date of his initial incarcerations to the present date.

Please search you Record System for all main files and all "sses" or cross-references. In proving cross-reference materials, please provide not only the initial page of the cross-referencing document and those pages to which the subject matter is indexed but the entire document.

In conducting your searches, please use all possible variations of the requested subject matter. In addition, when searching for documents pertaining to Mr. Alphonse Persico please employ all logical buildups, breakdowns and variations of the referenced files.

Respectfully Submitted,

Julia Greenberg

Cc.:

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

Federal Bureau of Prisons

320 First St., NW,

Washington, DC  20534


United States Attorney's Office

555 4th Street, NW

Washington, DC 20530


U.S. Attorney General

950 Pennsylvania Avenue, NW,

Washington, DC 20530