UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
ANTHONY PERSICO, et al.       )
                                   )
      *Plaintiffs*,                   )
                                   )
      v.                         )      Civil Action No. 11-1512 (RJL)
                                   )
UNITED STATES DEPARTMENT )
  OF JUSTICE, et al.             )
                                   )
      *Defendants*.                )
_____)

**DEFENDANT'S RESPONSE TO PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS**

      On March 13, 2012, Plaintiffs filed a Consent Motion for Extension of Time to File Response to Defendant's Motion for Summary Judgment and Motion to Dismiss. In the motion, Plaintiffs state that the proposed order "also sets forth an agreed-upon date for defendant's opposition/reply." While Defendant consented to Plaintiffs' motion for an extension of time, there was no discussion or agreement regarding a reply date. Upon receipt of the motion, undersigned counsel contacted Plaintiffs' counsel, who stated that she had assumed the reply date, which does correspond with the Local Civil Rules. The parties merely wished to clarify to the Court that there was no agreement regarding Defendant's reply. Defendant's have no opposition, however, to Plaintiffs' request for an extension of time to respond to Defendant's Motion for Summary Judgment and Motion to dismiss.

Dated: March 14, 2012                    Respectfully submitted,

                                                        RONALD C. MACHEN, JR D.C. BAR #447889
                                                       United States Attorney

                                                       RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                       Chief, Civil Division


By:   _____/s/_____
                                                       LAURA PONTO
                                                       Special Assistant United States Attorney
                                                       United States Attorney's Office
                                                       555 4th Street, N.W., Civil Division
                                                       Washington, D.C. 20530
                                                       (202) 616-3285
                                                       Laura.Ponto@usdoj.gov