UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY PERSICO, *et al.* | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(I)(A)(ii) |
| Plaintiff | |
| v. | Civil Action No. 11-1512(RJL) |
| UNITED STATES DEPARTMENT OF, JUSTICE, *et al.* | |
| Defendants. | |

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(I)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntary dismissed, without prejudice against all defendants pursuant to Federal Rules of Civil Procedure 41(a)(I)(A)(ii).

This stipulation is made without prejudice to Plaintiff's right to seek attorney fees and costs.

Julia Greenberg, Esq
Attorney for Plaintiff
160 Broadway, 4th Floor
New York NY 10038
(212) 695-9514

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #434122
Acting Chief, Civil Division

By: __/s/ Jenny Knopinski__
JENNY KNOPINSKI
Special Assistant United States Attorney
555 4th Street, N.W.

Washington, D.C. 20530
Tel: (202) 616-3285
Jenny.knopinski@usdoj.gov